MICHAEL J. MADIGAN *v.* MICHELLE A. MADIGAN

The plaintiff's petition for certification for appeal from the Appellate Court is granted, limited to the following question:

"Is an appeal from pendente lite orders of custody and visitation, entered in a dissolution of marriage action, of such finality as to permit appellate review?"

*Louis Kiefer,* in support of the petition.

*Emily J. Moskowitz,* in opposition.

Decided July 9, 1992

MIDDLESEX INSURANCE COMPANY *v.* JAMES J. QUINN III ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 573, is granted, limited to the following question:

"Does public policy preclude an automobile insurer from excluding from uninsured motorist coverage a resident family member who owns a vehicle?"

*John F. Wynne, Jr.,* in support of the petition.

*Frederick M. Vollono,* in opposition.

Decided July 9, 1992